UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FU DA INTERNATIONAL LTD.

Plaintiff,

-v-

KOHL'S DEPARTMENT STORES, INC.

Defendant.

Case No. 08 CIV. 5164

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** June 4, 2008

Signature of Attorney

**Attorney Bar Code:** JRS 4874

Form Rule7_1.pdf  SDNY Web 10/2007