AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

FU DA INTERNATIONAL LTD.

               Plaintiff,

**APPEARANCE**

-against-

Case Number:  1:08-cv-05164-HB

KOHL'S DEPARTMENT STORES, INC.

               Defendant

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for  defendant, KOHL'S DEPARTMENT STORES, INC.

      I certify that I am admitted to practice in this court.

June 13, 2009
_____
Date

_____
Signature

STEVEN F. GOLDSTEIN                    SFG2076
Print Name                             Bar Number

One Old Country Road, Suite 318
Address

Carle Place,        New York        11514
City                State           Zip Code

(516) 873-0011                    (516) 873-0120
Phone Number                      Fax Number

E=MAIL:  sgoldstein@fgtda-law.com