UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

FU DA INTERNATIONAL, LTD.,                     Docket No.: 08 CV 5164 (HB)

          Plaintiff,

  -against-

KOHLS DEPARTMENT STORES, INC.,

          Defendant,
----------------------------------------X

```
USDS SDNY
DOCUMEN
ELECTRONIC       FILED
DOC #: _____
DATE FILED: 7-1-08
```

SIRS:

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of records for all parties to the above entitled action, that the defendant's time within which to respond to plaintiff's complaint is hereby extended to July 14, 2008.

Dated: Carle Place, New York
       June 16, 2008

_____
STEVEN F. GOLDSTEIN, LLP
Attorneys for Defendant
One Old Country Road
Carle Place, New York 11514
(516) 873-0011

_____
SCHLACTER & ASSOCIATES
Attorneys for Plaintiff
450 Seventh Avenue
New York, NY 10123
(212) 695-2000

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

Date: July 1, 2008

_____
U.S.D.J.