AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

FU DA INTERNATIONAL LTD.,

              Plaintiff,

-against-

KOHL'S DEPARTMENT STORES, INC.,

              Defendant

**APPEARANCE**

Case Number: 08CV5164

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, KOHL'S DEPARTMENT STORES, INC.

I certify that I am admitted to practice in this court.

July 9, 2008
Date

Signature

CHRISTOPHER R. INVIDIATA     CRI 1140
Print Name     Bar Number

One Old Country Road, Suite 318
Address

Carle Place,     New York     11514
City     State     Zip Code

(516) 873-0011     (516) 873-0120
Phone Number     Fax Number

crinvidiata@fgtda-law.com