UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

File Copy

-----------------------------------------------------------------X
FU DA INTERNATIONAL, LTD.,                    Docket No.: 08 CV 5164

              Plaintiff,
                                       NOTICE OF MOTION

   -against-

KOHLS DEPARTMENT STORES, INC.,

              Defendant,
-----------------------------------------------------------------X

| | |
|---|---|
| MOTION BY: | STEVEN F. GOLDSTEIN, LLP, Attorneys for Defendants, KOHL'S DEPARTMENT STORES, INC., One Old Country Road, Suite 318, Carle Place, New York 11514<br>(516) 873-0011 |
| DATE, TIME & PLACE: | Motion made before the Honorable Judge Baer of the United States District Court, Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, NY 10007-1312. |
| SUPPORTING PAPERS: | Affirmation of Steven F. Goldstein, amended Memorandum of Law, and attached Exhibits |
| RELIEF REQUESTED: | (A) In Support of the within Motion for an Order dismissing this matter, pursuant to FRCP 12(b)(1), 12(b)(3), and/or 12(b)(6), as bringing this case is the State of New York is in violation of the Forum Selection Clause entered into by both parties to this matter; and<br><br>(B) For an Order dismissing this matter, pursuant to 28 U.S.C. 1406(a), as this matter was brought in an improper venue; and<br><br>(C) For such other, further and different relief as this Court may deem just and proper. |

ANSWERING PAPERS:    Answering affidavits to be served pursuant to the Federal Rules.

Dated: Carle Place, New York
       July 8, 2008

                                                  STEVEN F. GOLDSTEIN, L.L.P.

                                                  By:_____
                                                  STEVEN F. GOLDSTEIN (2076)
                                                  Of Counsel:
                                                  CHRISTOPHER R. INVIDIATA (1140)
                                                  Attorneys for Defendant
                                                  KOHL'S DEPARTMENT STORES, INC.
                                                  One Old Country Road, Suite 318
                                                  Carle Place, New York  11514
                                                  (516) 873-0011

TO:    SCHLACTER & ASSOCIATES
       Attorneys for Plaintiff
       450 Seventh Avenue
       New York, NY 10123
       (212) 695-2000