UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

FU DA INTERNATIONAL, LTD.,                    Docket No.: 08 CV 5164

                Plaintiff,

                                                    AFFIDAVIT OF SERVICE

    -against-

KOHLS DEPARTMENT STORES, INC.,

                Defendant,
------------------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF NASSAU   )

       David Greenberg, being duly sworn, deposes and says:

       That deponent is not a party to the action, is over 18 years of age, and resides in New York.

       That on the 14th day of July, 2008, deponent served the within Motion and Memorandum of Law upon:

SCHLACTER & ASSOCIATES
Attorneys for Plaintiff
450 Seventh Avenue
New York, NY 10123
(212) 695-2000

The addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                              _____
Sworn to before me this                                           David Greenberg
14 day of July 2008
_____
Notary Public

SALLY TAYLOR
Notary Public, State of New York
No. 01TA6126220
Qualified in Nassau County
Commission Expires May 2, 2009